430 A.2d 1154

**Edward F. LAMOLINARA, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA STATE POLICE.**

Supreme Court of Pennsylvania.

Argued May 20, 1981.

Decided June 4, 1981.

Lawrence J. Neary, Harrisburg, for appellant.

John L. Heaton, Asst. Atty. Gen., for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Order, 51 Pa.Cmwlth. 570, 414 A.2d 1126, affirmed.

O'BRIEN, C. J., and WILKINSON, J., did not participate in the consideration or decision of this case.